Deloris **PHILLIPS**, Plaintiff–Appellant

v.

**UNITED PARCEL SERVICE,**
**Defendant–Appellee.**

**No. 11–10766**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Aug. 10, 2012.

Deloris Phillips, Grand Prairie, TX, pro se.

Stephanie K. Osteen, Esq., Counsel, Lindsey Brooke Harmon, Esq., Akin Gump Strauss Hauer & Feld, L.L.P., Dallas, TX, for Defendant–Appellee.

Before HIGGINBOTHAM, DAVIS, and ELROD, Circuit Judges.

PER CURIAM: *

We affirm for essentially the reasons stated by the district court.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.